Augustus H. Grunewald, Jr., Administrator of Estate
of Augustus H. Grunewald, Deceased, et al., Appellees, v. City of Chicago, Appellant.

Gen. No. 40,090.

590

Heard in third division, first district, this court at April term, 1938; opinion filed April 10, 1940. Barnet Hodes, Corporation Counsel, for appellant; Alexander J. Resa and L. Louis Karton, Assistant Corporation Counsel, of counsel; Urion, Bishop & Sladkey, for appellees; Howard F. Bishop, of counsel. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. "Not to be published in full."